PROB 12C
(6/16)

Report Date: March 7, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kyle David Milton | Case Number: 0980 2:13CR06040-EFS-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99212 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 23, 2015

| | |
|---|---|
| Original Offense: | Possession of a Controlled Substance with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 127 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(December 20, 2022) | Prison - 120 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | Rebecca R. Perez |
| | Date Supervision Commenced: January 8, 2024 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: January 7, 2029 |

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on February 19, 2025.

On January 8, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Milton, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #14**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about March 6, 2025, Kyle Milton allegedly violated special condition number 14 by consuming methamphetamine.<br><br>On March 6, 2025, the offender was scheduled to appear before the Honorable James A. Goeke, U.S. Magistrate Judge, for an initial appearance. Prior to that hearing, this officer approached Mr. Milton in the courtroom and instructed him to report to the U.S. Probation Office immediately after the hearing to submit to random urinalysis testing, and he confirmed that he would. |

Prob12C
**Re: Milton, Kyle David**
**March 7, 2025**
**Page 2**

After his initial appearance, the undersigned again reminded the offender to immediately report to the probation office for random urinalysis testing. It should be noted, at no point prior to submitting to urinalysis testing did Mr. Milton ask to speak with this officer or attempt to admit any illicit drug use.

Shortly thereafter, on March 6, 2025, the offender reported to the U.S. Probation Office and was subject to random urinalysis testing. He provided a urine sample that was presumptive positive for methamphetamine. According to the male officer that supervised the collection of that sample, Mr. Milton initially denied any drug use. He stated he had been subject to phase urinalysis testing at Pioneer Human Services (PHS) approximately 1 hour before arriving to Court, and the sample provided at PHS was presumptive negative.

Mr. Milton then claimed he did in fact use, which he had already reported to the undersigned, "but it had been a while and should have been out of his system." The offender thus signed an admission of use form, but failed to list the date of use.

This officer then began to receive text messages from the offender stating "I need help" and "I need to check into inpatient." The undersigned subsequently contacted Mr. Milton the afternoon of March 6, 2025, and questioned why he would need inpatient treatment if he had not used since approximately February 15, 2025. The offender ultimately admitted to the use of methamphetamine on the morning of March 6, 2025, prior to reporting to PHS for random urinalysis and prior to appearing before the Honorable James A. Goeke.

Mr. Milton has been instructed to report to the probation office the afternoon of March 7, 2025, to sign an admission of use form confirming the admission he made to this officer via telephone the day prior.

The U.S. Probation Office respectfully recommends the Court **to issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/07/2025

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
Re: Milton, Kyle David
March 7, 2025
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_Edward F. Shea_
Signature of Judicial Officer

March 7, 2025
Date