PROB 12C
(6/16)

Report Date: June 18, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kyle David Milton | Case Number: 0980 2:13CR06040-EFS-1 |
| Address of Offender: ▮▮▮▮▮▮ Spokane Valley, Washington 99212 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 22, 2015

| | | |
|---|---|---|
| Original Offense: | Possession of a Controlled Substance with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 127 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(December 20, 2022) | Prison - 120 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Rebecca R. Perez | Date Supervision Commenced: January 8, 2024 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: January 7, 2029 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/19/2025 and 03/07/2025.

On January 8, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Milton, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #14**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about May 22, 2025, Kyle Milton allegedly violated special condition number 14 by consuming methamphetamine.<br><br>On May 28, 2025, the offender reported to the U.S. Probation Office for random urinalysis testing, as instructed by the assigned officer. Mr. Milton provided a urine sample that was presumptive positive for methamphetamine and amphetamine, although he denied any illicit drug use. He signed a denial of use form and suggested that his prescription for Adderall was the cause of the positive for amphetamine, but that would not explain the presumptive positive for methamphetamine. |

Prob12C
Re: Milton, Kyle David
June 18, 2025
Page 2

On June 2, 2025, Mr. Milton was again instructed to report to the probation office for random urinalysis testing. On that date, the offender readily admitted to the use of methamphetamine on or about May 22, 2025, and he signed an admission of use form confirming that use.

He was then subject to random urinalysis testing and provided a urine sample that was presumptive positive for amphetamine.

On June 3, 2025, the undersigned met with the offender to discuss his admission of use. During that meeting, Mr. Milton stated he had "used a few times" since last appearing in Court. Unfortunately, his drug use was not detected until May 28, 2025, likely because he does have a legitimate prescription for Adderall.

On June 5, 2025, the laboratory results were received for the urine sample collected on May 28, 2025. The very next day, on June 6, 2025, the U.S. Probation Office received the laboratory results for the urine sample collected on June 2, 2025. Both samples were confirmed to be positive for amphetamine and negative for methamphetamine.

5     **Special Condition #14**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about June 16, 2025, Kyle Milton allegedly violated special condition number 14 by consuming methamphetamine.

On the morning of June 17, 2025, this officer contacted Mr. Milton and instructed him to report to the probation office for random urinalysis testing. He stated he was currently at work, then needed to take his children somewhere, so he requested to report for testing at 4 p.m.; the undersigned agreed.

It should be noted the offender made no mention of his drug use during our conversation that morning.

Later in the afternoon on June 17, 2025, at approximately 3:57 p.m., the offender sent this officer a text message stating: "I am not clean." In a phone conversation with the undersigned, Mr. Milton admitted to the use of methamphetamine on or about June 16, 2025. Initially he suggested he used methamphetamine because he was having issues with his medication. Ultimately, the offender admitted he believed his drug use would be undetected because he was subject to phase urinalysis testing at Pioneer Human Services (PHS) on June 16, 2025, and he was not expecting to submit to testing again the very next day.

This officer asked if the offender had attempted to contact his treatment provider when he felt the urge to use, on June 16, 2025, but he confirmed he did not. Mr. Milton also confirmed that he did not ask to speak with someone at PHS earlier that day when he reported for and submitted to phase urinalysis testing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
Re: Milton, Kyle David
June 18, 2025
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/18/2025

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Edward F. Shea

Signature of Judicial Officer

June 18, 2025

Date