PROB 12C
(6/16)

Report Date: September 9, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 09, 2025**

SEAN F. McAVOY, CLERK

ECF No 157

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Kyle David Milton | Case Number: | 0980 2:13CR06040-EFS-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 22, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Controlled Substance with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 127 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Amended Sentence:<br>(December 20, 2022) | Prison - 120 months<br>TSR - 60 months | | |
| Asst. U.S. Attorney: | Rebecca R. Perez | Date Supervision Commenced: | January 8, 2024 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: | January 7, 2029 |

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/19/2025, 03/07/2025 and 06/18/2025.

On January 8, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Milton, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #14**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about August 12, 2025, Kyle Milton allegedly violated special condition number 14 by consuming methamphetamine.<br><br>According to the information received from New Horizon Care Centers (NHCC), on August 12, 2025, Mr. Milton was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine.<br><br>That sample was sent to the laboratory for additional testing and was later confirmed to be positive for methamphetamine at 146.2ng. |

Prob12C
**Re: Milton, Kyle David**
**September 9, 2025**
**Page 2**

| | | |
|---|---|---|
| 7 | | **Special Condition #14**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about August 20, 2025, Kyle Milton allegedly violated special condition number 14 by consuming methamphetamine.

On August 20, 2025, the offender was contacted and instructed to report to the U.S. Probation Office for random urinalysis testing.

Later that same date, Mr. Milton reported to the U.S. Probation Office as instructed. He was subject to urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine and amphetamine. He denied any illicit drug use, so the sample was sent to the laboratory for additional testing.

On August 28, 2025, in a phone call from the Spokane Regional Stabilization Center (SRSC), the offender admitted to the use of methamphetamine on or about August 19, 2025; the day before he was subject to random urinalysis testing.

On August 29, 2025, the laboratory results were returned confirming that the urine sample provided by Mr. Milton on August 20, 2025, was in fact positive for methamphetamine and amphetamine.

8    **Special Condition #14**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 26, 2025, Kyle Milton allegedly violated special condition number 14 by failing to report for phase urinalysis testing at NHCC as required.

On August 26, 2025, this officer received notification from NHCC that the offender had failed to report for phase urinalysis testing on that date as required.

9    **Special Condition #15**: Defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. Defendant shall contribute to the cost of treatment according to Defendant's ability to pay. Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: During the month of August 2025, Kyle Milton allegedly violated special condition number 15 by failing to engage in substance abuse treatment with NHCC as required.

On August 28, 2025, the undersigned received Mr. Milton's monthly treatment report from NHCC for the month of August 2025. According to the report, the offender was noncompliant with treatment for the following reasons: he only attended 6 of 10 intensive outpatient (IOP) treatment groups for the month, provided a positive urine sample on August 12, 2025, and failed to report for phase urinalysis testing on August 26, 2025.

Prob12C
**Re: Milton, Kyle David**
**September 9, 2025**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/09/2025

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violations contained in this petition
      with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

September 9, 2025
Date